■ In the Matter of BEATRICE A., a Person Alleged to be a Juvenile Delinquent, Appellant. [770 NYS2d 624]—Order of disposition, Family Court, Bronx County (Harold Lynch, J.), entered on or about January 3, 2003, which adjudicated appellant a juvenile delinquent, upon a fact-finding determination that she committed acts which, if committed by an adult, would constitute the crimes of criminal possession of a weapon in the fourth degree and menacing in the second degree, and placed her with the Office of Children and Family Services for a period of 12 months, unanimously affirmed, without costs.

The court's fact-finding determination was supported by legally sufficient evidence and was not against the weight of that evidence. Issues of credibility, including the weight to be given to inconsistencies in testimony, were properly considered by the court and there is no basis for disturbing its determinations (*see People v Gaimari*, 176 NY 84, 94 [1903]). Concur—Tom, J.P., Andrias, Lerner, Friedman and Marlow, JJ.

■ In the Matter of HAROLD M. FISHMAN (Admitted as HAROLD MICHAEL FISHMAN), a Disbarred Attorney. [771 NYS2d 638]—Application for reinstatement as an attorney and counselor-at-law in the State of New York denied. No opinion. Concur—Buckley, P.J., Andrias, Rosenberger, Friedman and Gonzalez, JJ.

■ In the Matter of KENNETH F. KAPLAN (Admitted as KENNETH FRANKLIN KAPLAN), a Disbarred Attorney. [771 NYS2d 638]—Application for reinstatement as an attorney and counselor-at-law in the State of New York denied. No opinion. Concur—Sullivan, J.P., Rosenberger, Ellerin, Friedman and Gonzalez, JJ.